# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| THERESE VERONICA NATTY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION NO. |
| | : 2:11-CV-0208-RWS |
| DEPARTMENT OF HOMELAND | : |
| SECURITY, *et al.*, | : |
| | : |
| Defendants. | : |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [7] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation and the Objections [8 and 9] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED** for lack of jurisdiction due to Plaintiff's failure to exhaust the Federal Tort Claims Act administrative remedies before filing her Complaint. The Clerk shall close the case.

AO 72A
(Rev.8/82)

**SO ORDERED**, this  23rd  day of February, 2012.

_____
**RICHARD W. STORY**
United States District Judge