# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| THERESE VERONICA NATTY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 2:11-CV-0208-RWS |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [7] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation and the Objections [8 and 9] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED** for lack of jurisdiction due to Plaintiff's failure to exhaust the Federal Tort Claims Act administrative remedies before filing her Complaint. The Clerk shall close the case.

**SO ORDERED**, this  23rd  day of February, 2012.

_____
**RICHARD W. STORY**
United States District Judge